*1045 ante, p. 911;
ante, p. 912;
ante, p. 914;
ante, p. 914;
ante, p. 915;
ante, p. 952;
ante, p. 918;
ante, p. 918;
ante, p. 920;
*1046 No. 92-1174.
No. 92-5743.
No. 92-6331.
No. 92-6448.
No. 92-6459.
No. 92-6530.
No. 92-6546.
No. 92-6584.
No. 92-6594.
No. 92-6664.
No. 92-6669.
No. 92-6773.
No. 92-6782.
No. 92-6791.
No. 92-6842.
No. 92-6865.
No. 92-6883.
No. 92-6904.
No. 92-6918.
No. 92-6920.
No. 92-6954.
No. 92-6967.
No. 92-6972.
No. 92-6985.
No. 92-7089.
No. 92-7090.
No. 92-7100.
No. 92-7134.
No. 92-7149.
No. 92-7158.
ante, p. 921;
ante, p. 921;
ante, p. 923;
ante, p. 923;
ante, p. 923;
ante, p. 924;
ante, p. 1001;
ante, p. 967;
ante, p. 924;
ante, p. 974;
ante, p. 925;
ante, , 927;
ante, p. 927;
ante, p. 927;
ante, p. 929;
ante, p. 930;
ante, p. 930;
ante, p. 989;
ante, p. 931;
ante, p. 932;
ante, p. 933;
ante, p. 934;
ante, p. 934;
ante, p. 935;
ante, p. 975;
ante, p. 940;
ante, p. 941;
ante, p. 963;
ante, p. 963;
ante, p. 952;
*1047 No. 92-7195.
No. 92-7234.
No. 92-7248.
No. 92-7265.
No. 92-7321.
No. 92-7402.
No. 92-7415.
No. 92-7493.
ante, p. 964;
ante, p. 976;
ante, p. 945;
ante, p. 946;
ante, p. 977;
ante, p. 978;
ante, p. 978; and
ante, p. 966. Petitions for rehearing denied.